**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICTJUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**410 962-7780**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

December 7, 2021

**LETTER ORDER**

      RE:  Loriann Ludwig v. Raymond G. Strubin
            Civil Case No. SAG-21-1274

Dear Counsel:

    I write concerning Plaintiff's Motion for Stay of Proceedings, ECF 13, and the associated briefing. Plaintiff asks that the proceeding to be stayed because "she must file a petition to reopen the Bankruptcy Petition and allow the Bankruptcy Trustee an opportunity to determine if he will abandon or take possession of the claims relating to economic damages that are before this Court." ECF 13 at 3-4. However, despite learning of this situation on or about November 4, 2021, Plaintiff has yet to file any such petition. This Court is not inclined to stay the instant proceeding awaiting adjudication of a petition that may never be filed.

    Accordingly, Plaintiff should advise in writing on or before **December 17, 2021**, whether she has filed the Bankruptcy Petition referenced above. If she has not, this Court will proceed to adjudicate both pending motions in the instant case.

    Despite the informal nature of this letter, it is an Order of Court and will be docketed as such.

                                            Sincerely yours,

                                            /s/

                                            Stephanie A. Gallagher
                                            United States District Judge