IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| LORIANN LUDWIG,<br><br>  Plaintiff,<br><br>v.<br><br>RAYMOND G. STRUBIN, individually and in his official capacity as a member of the Maryland Judiciary and Judge for the Fourth Judicial Circuit of Maryland,<br><br>  Defendant. | CIVIL ACTION NO. 1:21-cv-01274-SAG |

## **NOTICE OF BANKRUPTCY COURT FILING**

Plaintiff, Loriann Ludwig, is providing notice to the Court of her recent filing in the United States Bankruptcy Court for the District of Maryland (Bk. Doc. 20-18296 herein referred to as "Bankruptcy Proceedings").

1. On December 7, 2021, this Court issued an Order directing Plaintiff to provide notice as to whether she has filed a petition to reopen the Bankruptcy Proceedings.

2. On December 16, 2021, Plaintiff filed a Motion to Re-Open the Bankruptcy Proceedings. (Doc. Nos. 21-22 at Bk. Doc. 20-18296).

3. Plaintiff's counsel had anticipated filing a Motion to Re-Open the Bankruptcy Proceedings prior to December 16, 2021, but a few developments contributed to the delay.

   a. On November 23, 2021, Plaintiff's original bankruptcy counsel notified Plaintiff that he was no longer able to represent Plaintiff and assist her in reopening the Bankruptcy Proceedings.

   b. From November 29 through December 8, 2021, Plaintiff's counsel spoke with numerous attorneys to obtain new counsel to represent Plaintiff in bankruptcy court. Multiple attorneys indicated that they would be unable to represent Plaintiff due to a conflict. However, during one consultation with a bankruptcy attorney, Plaintiff's counsel was advised to obtain the transcript of the meeting of creditors in the Bankruptcy Proceedings because that transcript could provide information

       that would be relevant in any future attempt to reopen the Bankruptcy Proceedings.

    c.    On November 29, 2021, Plaintiff's counsel formally requested the transcript of the meeting of creditors in the Bankruptcy Proceedings.

    d.    On December 8, 2021, Plaintiff retained new bankruptcy counsel.

    e.    On December 15, 2021, Plaintiff's counsel obtained the transcript of the meeting of creditors in the Bankruptcy Proceedings and provided that transcript to Plaintiff's bankruptcy counsel.

3.    Plaintiff's bankruptcy counsel believes that when the Bankruptcy Proceedings are reopened, the matter will be promptly resolved.

4.    Plaintiff does not believe that Defendant will be harmed or otherwise prejudiced by a brief stay of these proceedings since it involves resolving an issue that Defendant raised in his Motion to Dismiss (Doc. No. 8).

Accordingly, Plaintiff Loriann Ludwig, respectfully requests that the Court grant the Motion to Stay (Doc. No. 13) that was previously filed and stay this matter so that the Bankruptcy Proceedings can resolve the issues raised by Defendant in his Motion to Dismiss.

                      Respectfully submitted,

                      /s/ Sammy Y. Sugiura
                      Sammy Y. Sugiura
                      Bar No. 21828
                      ssugiura@cohengrace.com
                      Mark A. Grace
                      Bar No. 21814
                      mgrace@cohengrace.com
                      COHEN & GRACE, LLC
                      105 BRAUNLICH DRIVE
                      SUITE 300
                      PITTSBURGH, PA 15237
                      TELEPHONE: (412) 847-0300
                      FACSIMILE: (412) 847-0304

                      **COUNSEL FOR PLAINTIFF**