**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICTJUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**410 962-7780**
**MDD_SAGchambers@mdd.uscourts.gov**

December 21, 2021

**LETTER ORDER**

      RE:  Loriann Ludwig v. Raymond G. Strubin
            Civil Case No. SAG-21-1274

Dear Counsel:

    Having considered Plaintiff's Motion for Stay of Proceedings, ECF 13, Defendant's Opposition, ECF 16, and Plaintiff's Reply, ECF 17, and in light of the recent filing to reopen Plaintiff's case in the United States Bankruptcy Court for the District of Maryland, IT IS, this 21st day of December, 2021, ORDERED that the motion for stay is granted. This case will be stayed pending action by the Bankruptcy Court. This action will be ADMINISTRATIVELY CLOSED for docket management purposes during the pendency of the stay, subject to reopening by motion of either party once a decision has been made by the Bankruptcy Court.

    Despite the informal nature of this letter, it is an Order of Court and will be docketed as such.

                                      Sincerely yours,

                                      /s/

                                      Stephanie A. Gallagher
                                      United States District Judge