**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** <br> **STEPHANIE A. GALLAGHER** <br> **UNITED STATES DISTRICTJUDGE** | **101 WEST LOMBARD STREET** <br> **BALTIMORE, MARYLAND 21201** <br> **410 962-7780** <br> **MDD_SAGchambers@mdd.uscourts.gov** |

May 27, 2022

**LETTER ORDER**

      RE:  Loriann Ludwig v. Raymond G. Strubin
            Civil Case No. SAG-21-1274

Dear Counsel:

    I have reviewed Plaintiff's Motion for Voluntary Dismissal, ECF 22, and Defendant's Opposition, ECF 25. None of the reasons cited by Defendant warrant denial of Plaintiff's motion, particularly given Plaintiff's express representation that her federal claims will be abandoned and that she will pursue state law claims only in state court. Accordingly, the Motion for Voluntary Dismissal, ECF 22, is GRANTED, and the case is dismissed without prejudice. The Clerk is directed to CLOSE this case.

    Despite the informal nature of this letter, it is an Order of Court and will be docketed as such.

                                                  Sincerely yours,

                                                  /s/

                                                  Stephanie A. Gallagher
                                                  United States District Judge